No. 23-1362

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

STATE OF NEW HAMPSHIRE,

*Plaintiff-Appellee,*

v.

3M COMPANY,

*Defendant-Appellant,*

E.I. DUPONT DE NEMOURS & COMPANY;
CHEMOURS COMPANY, f/k/a The Chemours Company, LLC;
CORTEVA, INC.; DUPONT DE NEMOURS, INC.,

*Defendants.*

On Appeal from the United States District Court for the
District of New Hampshire
No. 1:22-cv-145 (Hon. Landya McCafferty)

## MOTION TO WITHDRAW AS COUNSEL

| | |
|---|---|
| Joseph A. Foster | Michael A. Scodro |
| Mark C. Rouvalis | Gary A. Isaac |
| Viggo Fish | Avi M. Kupfer |
| MCLANE MIDDLETON | MAYER BROWN LLP |
| 900 Elm Street | 71 South Wacker Drive |
| Manchester, NH 03101 | Chicago, IL 60606 |
| (603) 625-6464 | (312) 782-0600 |
| joe.foster@mclane.com | mscodro@mayerbrown.com |
| mark.rouvalis@mclane.com | gisaac@mayerbrown.com |
| viggo.fish@mclane.com | akupfer@mayerbrown.com |

*Counsel for Appellant 3M Company*

Pursuant to First Circuit Local Rule 12.0(b), Appellant 3M Company requests that this Court withdraw the appearance of Avi M. Kupfer in this matter because Mr. Kupfer is leaving his employment with the firm of Mayer Brown LLP on January 10, 2025. Appellant will continue to be represented by other counsel of record from Mayer Brown.

Dated: January 3, 2025

Joseph A. Foster
  1st Cir. Bar. No. 122758
Mark C. Rouvalis
  1st Cir. Bar. No. 80343
MCLANE MIDDLETON
900 Elm Street
Manchester, NH 03101
(603) 625-6464
joe.foster@mclane.com
mark.rouvalis@mclane.com

Respectfully submitted,

/s/ *Michael A. Scodro*

Michael A. Scodro
  1st Cir. Bar No. 1207763
Avi M. Kupfer
  1st Cir. Bar. No. 1177771
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
mscodro@mayerbrown.com
akupfer@mayerbrown.com

*Counsel for Appellant 3M Company*

# CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g), undersigned counsel certifies that this motion:

(i) complies with the type-volume limitation of Rule 27(d)(2)(A) because it contains 56 words, including footnotes and excluding the parts of the brief exempted by Rule 27(a)(2)(B); and

(ii) complies with the typeface and type style requirements of Rule 27(d)(1)(E) because it has been prepared using Microsoft Office Word 2016 and is set in Century Schoolbook font in a size equivalent to 14 points or larger.

Dated: January 3, 2025          /s/ *Michael A. Scodro*
                                                          Michael A. Scodro