# United States Court of Appeals
## For the First Circuit

No. 23-1362

STATE OF NEW HAMPSHIRE,

Plaintiff, Appellee,

v.

3M COMPANY,

Defendant, Appellant,

E.I. DUPONT DE NEMOURS & COMPANY; CHEMOURS COMPANY,
f/k/a THE CHEMOURS COMPANY, LLC; CORTEVA, INC.;
DUPONT DE NEMOURS, INC.,

Defendants.

---

**JUDGMENT**

Entered: March 27, 2025

This cause came on to be heard on appeal from the United States District Court for the District of New Hampshire and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Kenneth Anthony Sansone, Kelvin Allen Brooks, Christopher Goldwasser Aslin, David Zalman, John Dalston Smith Gilmour, Lana Rowenko, Robert A. Bilott, Rebecca G. Newman, Joseph A. Foster, Terri L. Pastori, Mark C. Rouvalis, Meredith M. Lasna, Kathleen A. Davidson, Michael A. Scodro, Daniel L. Ring, Michael Louis Sheran, Russell F. Hilliard, David Himelfarb, John M. Allen