# United States Court of Appeals
### For the First Circuit

No. 23-1362

STATE OF NEW HAMPSHIRE,

Plaintiff - Appellee,

v.

3M COMPANY,

Defendant - Appellant,

E.I. DUPONT DE NEMOURS & COMPANY; CHEMOURS COMPANY, f/k/a The Chemours Company, LLC; CORTEVA, INC.; DUPONT DE NEMOURS, INC.,

Defendants.

**MANDATE**

Entered: April 18, 2025

    In accordance with the judgment of March 27, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

Anastasia Dubrovsky, Clerk


cc:
John M. Allen, Christopher Goldwasser Aslin, Robert A. Bilott, Kelvin Allen Brooks, Kathleen A. Davidson, Joseph A. Foster, John Dalston Smith Gilmour, Russell F. Hilliard, David Himelfarb, Meredith M. Lasna, Rebecca G. Newman, Terri L. Pastori, Daniel L. Ring, Mark C. Rouvalis, Lana Rowenko, Kenneth Anthony Sansone, Michael A. Scodro, Michael Louis Sheran, David Zalman